IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAY -9 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

NEWPORT NEWS SHIPBUILDING :
EMPLOYEES' CREDIT UNION :
  :
Appellant, :
  :
v. : Civil Action No. 2:07cv562
  :
JAMES SELL PARSON and :
BRENDA MARSHALL PARSON, :
  :
Appellees. :
_____:

## ORDER

This matter is before the Court on Newport News Shipbuilding Employees' Credit Union's ("NNSECU") appeal from the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). NNSECU claims that the Bankruptcy Court erred in denying its Motion to Reopen Appellees' Chapter 7 bankruptcy case. The Bankruptcy Court explained the rationale for its decision in a detailed Memorandum Opinion dated November 6, 2007. See In re Parson, Case No. 01-73786-SCS, Docket No. 111 (E.D. Va. Nov. 6, 2007).

On March 10, 2008, the Court heard argument on NNSECU's appeal. Raymond Bacon, Esquire appeared on behalf of NNSECU. Glenn Tankersley, Esquire appeared on behalf of James and Brenda Parson. The Official Court Reporter was Penny C. Wile.

After considering the parties' briefs, the arguments of

counsel, and all other relevant materials, the Court **AFFIRMS** the decision of the Bankruptcy Court and **DISMISSES** NNSECU's appeal.[1]

The Clerk is **DIRECTED** to mail a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

                                    /s/
                              Walter D. Kelley, Jr.
                              UNITED STATES DISTRICT JUDGE
                                                    WDKjr.

Norfolk, Virginia
May 7, 2008

---

[1] One aspect of the proceedings below warrants greater emphasis. When the Bankruptcy Court reopened the Parsons' case in February 2007, neither party moved to reappoint a Chapter 7 trustee. Thus, even if NNSECU had moved to administer the Parsons' home once the Bankruptcy Court denied the Parsons' Motion to Avoid Lien, no Chapter 7 trustee would have been standing by to effect the administration. See In re Parson, Case No. 01-73786-SCS, Docket No. 111 at 17 (E.D. Va. Nov. 6, 2007).